AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>KEITHRICK MILLER<br>and NICHOLAS WRIGHT<br><br>*Defendant(s)* | Case No. 20-CR-20170 MSN/tmp |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 7, 2020__ in the county of __SHELBY__ in the __WESTERN__ District of __TENNESSEE__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit offense; |
| 18 U.S.C. § 924(c) | Use of a Firearm During Crime of Violence; and |
| 18 U.S.C. § 2119 | Carjacking. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Robin L. O'Quinn*
Complainant's signature

ROBIN O'QUINN, SPECIAL AGENT ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 22 September 2020

/s/ Charmiane G. Claxton
Judge's signature

City and state: MEMPHIS, TN

Charmiane G. Claxton, U.S. Magistrate Judge
Printed name and title